UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JING XU, XIAOPING LI, and HENG MA,<br><br>    Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security, *et al.*,<br><br>    Defendants. | No. 23 Civ. 2021 (LJL)<br><br>**STIPULATION AND** ~~**[PROPOSED]**~~ **ORDER OF DISMISSAL** |

WHEREAS, plaintiffs Jing Xu, Xiaoping Li, and Heng Ma filed this action on March 9, 2023, seeking an order compelling U.S. Citizenship and Immigration Services ("USCIS") to take action on their Applications for Removal of Conditions (Form I-829) and;

WHEREAS, USCIS has issued Requests for Evidence relating to each of the Forms I-829; now, therefore;

IT IS STIPULATED AND AGREED, by and between the parties, that this action is hereby dismissed without prejudice and without costs or fees to any party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York  
May 31, 2023

GENG & ASSOCIATES, P.C.

By: _____  
TING GENG, ESQ.  
39-07 Prince Street  
Suite 4b  
Flushing, NY 11354  
Tel.: 718-321-7006  
Email: tgeng@law-gz.com  
*Attorney for Plaintiffs*

Dated: New York, New York  
May 31, 2023

DAMIAN WILLIAMS  
United States Attorney

By: _____  
JOSEPH A. PANTOJA  
Assistant United States Attorney  
86 Chambers Street, 3rd Floor  
New York, New York 10007  
Tel.: (212) 637-2785  
Email: joseph.pantoja@usdoj.gov  
*Attorney for Defendants*

SO ORDERED.

_____ 5/31/2023  
HON. LEWIS J. LIMAN  
UNITED STATES DISTRICT JUDGE